NOTICE OF APPEARANCE IN A CRIMINAL CASE

### CLERK'S OFFICE
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:24-mj-00015

**Daniel Harrington**
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☒  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
                    (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Christopher Wiest (Ky 002)**
        (Attorney & Bar ID Number)
Chris Wiest, Attorney at Law, PLLC
        (Firm Name)
**50 E Rivercenter Blvd Ste 1280**
        (Street Address)
**Covington, KY 41011**
   (City)              (State)           (Zip)
**513-257-1895**
        (Telephone Number)