AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00015 |
| Daniel Harrington | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 1/17/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Daniel Harrington__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(C) - Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 1/17/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/1/24, and the person was arrested on *(date)* 2/6/24
at *(city and state)* Covington, KY.

Date: 2/6/24

*Arresting officer's signature*

Matthew Calico, Special Agent, FBI
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON
### Criminal Minutes-Initial Appearance/ Rule 5 Hearing

| | | |
|---|---|---|
| **Cov. Cr. 24-MJ-2516-CJS** | **AT COVINGTON** | **02/06/2024** |

**U.S. vs. DANIEL HARRINGTON**          **X** Present     **X** Custody

**PRESENT: HON. CANDACE J. SMITH U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| **Lynn Voskuhl** | **KYED-COV   2-24-mj-2516-CJS   20240206_110842** |
| Deputy Clerk | Audio File Number |

I, Lynn Voskuhl, CERTIFY the official record of this proceeding is an audio file.

| | | | |
|---|---|---|---|
| **Joel King** | **Christopher D. Wiest** | **X** Present | **X** Retained |
| Assistant U.S. Attorney | Attorney for Defendant | | |

**Also Present**: Leanne Vonderhaar, Sr. U.S. Probation Officer

**PROCEEDINGS:    INITIAL APPEARANCE / RULE 5 HEARING**

Case called for initial proceedings under Criminal Rule 5 on a Criminal Complaint filed in the District of Columbia. Defendant provided with a copy of the Complaint and arrest warrant. Charges and potential penalties reviewed; Defendant confirmed he understands. Defendant informed of his rights. Accordingly, having heard from counsel, **IT IS ORDERED** as follows:

1. United States' oral motion to unseal the case is **granted.**

2. Charging District is informed Defendant has retained counsel to represent him both before this Court and before the Charging District.

3. Defendant knowingly and voluntarily waived his right to an Identity Hearing and stipulated that he is the person named in the charging documents; a copy of the Complaint and the arrest warrant have been produced to him.

4. Defendant knowingly and voluntarily waived his right to a Preliminary Hearing in this Court and reserved his right to have a Preliminary Hearing in the District of Columbia.

5. United States does not seek pretrial detention. Therefore, Defendant is released on his own personal recognizance and subject to conditions, as set forth in the Appearance Bond and Order Setting Conditions of Release to be filed contemporaneously with these minutes.

6. Having been released from custody, Defendant shall appear before the Charging District for further proceedings on **February 15, 2024, at 12:30 p.m.** unless otherwise notified.

USA/USPO/USM/COR
Deputy Clerk Init: **LV**
TIC: 31 mins



Signed By:
*Candace J. Smith*
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
FILED

FEB - 6 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

United States of America )
v. )
__Daniel Harrington__ ) Case No. 2:24-mj-2516-CJS
Defendant )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States Courthouse, ~~Covington, Kentucky~~ District of Columbia
_Place_

__33 Constitution Ave NW Washington DC 20001__

on __as scheduled__
_Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                 *Custodian*             *Date*

(☒) (7) The defendant must:
 (☒) (a) submit to supervision by and report for supervision to the United States Probation Office, Covington, Kentucky telephone number _____, no later than As Directed **+ call weekly to US Probation to verify Residence.**
 ( ☐ ) (b) continue or actively seek employment.
 ( ☐ ) (c) continue or start an education program.
 ( ☐ ) (d) surrender any passport to: _____
 ( ☐ ) (e) not obtain a passport or other international travel document.
 (☒) (f) abide by the following restrictions on personal association, residence, or travel: **Travel restricted to Eastern District of Kentucky and District of Columbia for Court proceedings only.**
 ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, Including, but not limited to, any and all co-defendants or potential co-defendants, except in the presence of counsel.
 ( ☐ ) (h) get medical or psychiatric treatment: _____
 ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
 ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
 (☒) (k) not possess a firearm, destructive device, or other weapon.
 ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
 ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
 ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
 ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
 ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
   Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
 ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii) Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv) GPS.
 ( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
 (☒) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
 (☒) (t) **Any travel outside the approved areas must be preapproved by US Probation. Travel permitted to Southern District of Ohio for employment purposes.**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Independence, KY
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2/6/24

_____
Judicial Officer's Signature

Honorable Candace J. Smith, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

Eastern District of Kentucky
FILED
FEB -6 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

United States of America )
v. )
Daniel Harrington ) Case No. 2:24-mj-2516-CJS
_Defendant_ )

## APPEARANCE BOND

### Defendant's Agreement

I, Daniel Harrington _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(X) (1) This is a personal recognizance bond.

(  ) (2) This is an unsecured bond of $ _____.

(  ) (3) This is a secured bond of $ _____, secured by:

  (  ) (a) $ _____, in cash deposited with the court.

  (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:
  _____
  _____

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (  ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:
  _____
  _____

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 2/6/24

_____
*Defendant's signature*

_____                        _____
*Surety/property owner – printed name*                 *Surety/property owner – signature and date*

_____                        _____
*Surety/property owner – printed name*                 *Surety/property owner – signature and date*

_____                        _____
*Surety/property owner – printed name*                 *Surety/property owner – signature and date*

CLERK OF COURT

Date: 2/6/24

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 2/6/24

_____
*Judge's signature*

# U.S. District Court
## Eastern District of Kentucky (Covington)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-02516-CJS All Defendants

| | |
|---|---|
| Case title: USA v. Daniel Harrington | Date Filed: 02/05/2024 |
| Other court case number: 1:24-mj-00015 District of Columbia | Date Terminated: 02/06/2024 |

Assigned to: Magistrate Judge Candace J. Smith

**Defendant (1)**

| | | |
|---|---|---|
| **Daniel Harrington**<br>*TERMINATED: 02/06/2024* | represented by | **Christopher David Wiest**<br>50 E. Rivercenter Boulevard<br>Suite 1280<br>Covington, KY 41011<br>513-257-1895<br>Email: chris@cwiestlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:641: THEFT OF GOVERNMENT PROPERTY | |

**Plaintiff**

USA                                    represented by **Joel King , AUSA**
U.S. Attorney's Office - Ft. Mitchell
207 Grandview Drive
Suite 400
Ft. Mitchell, KY 41017-2762
859-652-7034
Email: Joel.King@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2024 | 1 | Rule 40/Rule 5(c) Documents as to Daniel Harrington (Attachments: # 1 Unredacted Complaint, # 2 Redacted Statement of Facts, # 3 Unredacted Statement of Facts)(SLG) (Entered: 02/05/2024) |
| 02/05/2024 |   | Arrest of Daniel Harrington. (SLG) (Entered: 02/05/2024) |
| 02/06/2024 |   | ORAL MOTION to UNSEAL by USA (TDB) (Entered: 02/06/2024) |
| 02/06/2024 | 3 | MINUTE ENTRY FOR INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to Daniel Harrington held on 2/6/2024 before Magistrate Judge Candace J. Smith: Christopher D. Wiest appeared as RETAINED counsel of record. 1. United States' oral motion to unseal the case is granted. 2. Charging District is informed Defendant has retained counsel to represent him both before this Court and before the Charging District. 3. Defendant knowingly and voluntarily waived his right to an Identity Hearing and stipulated that he is the person named in the charging documents; a copy of the Complaint and the arrest warrant have been produced to him. 4. Defendant knowingly and voluntarily waived his right to a Preliminary Hearing in this Court and reserved his right to have a Preliminary Hearing in the District of Columbia. 5. United States does not seek pretrial detention. Therefore, Defendant is released on his own personal recognizance and subject to conditions, as set forth in the Appearance Bond and Order Setting Conditions of Release to be filed contemporaneously with these minutes. 6. Having been released from custody, Defendant shall appear before the Charging District for further proceedings on February 15, 2024, at 12:30 p.m. unless otherwise notified. (Tape #KYED-COV__2-24-mj-2516-CJS_20240206_110842.) Signed by Candace J. Smith. (TDB)cc: COR,USM,USP, District of Columbia (Entered: 02/06/2024) |
| 02/06/2024 | 4 | Appearance Bond as to Daniel Harrington. (TDB) (Entered: 02/06/2024) |
| 02/06/2024 | 5 | ORDER Setting Conditions of Release as to Daniel Harrington. Signed by Magistrate Judge Candace J. Smith on 2/6/2024. (TDB)cc: COR,USM,USP (Entered: 02/06/2024) |
| 02/06/2024 | 6 | Notice FROM Kentucky Eastern TO District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Daniel Harrington. Your case number is: 1:24-mj-00015. Docket sheet and documents attached.<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* cc: COR, USP, Finance (TDB) (Entered: 02/06/2024) |